■ GLEN POTTER, Respondent, v JAY E. POTTER LUMBER CO., INC., Respondent, and JAMES LEATON et al., Doing Business as LEATON FARMS, Appellants. (Appeal No. 2.) [896 NYS2d 917]— Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered March 31, 2009 in a personal injury action. The judgment on liability was entered in favor of plaintiff and against defendants James Leaton and Alan Leaton, doing business as Leaton Farms, following a jury trial.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.

Same memorandum as in *Potter v Jay E. Potter Lbr. Co., Inc.* (71 AD3d 1565 [2010]). Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.